| | |
|---|---|
| 1 | GERARD R. O'MEARA, ESQUIRE |
| 2 | Bar No. 002434 |
|   | Gust Rosenfeld, P.L.C. |
| 3 | 1 South Church Avenue, Suite 1900 |
|   | Tucson, Arizona 85701-1620 |
| 4 | (520) 628-7070 |
| 5 | *gromeara@gustlaw.com* |
| 6 | PROBER & RAPHAEL, A LAW CORPORATION |
|   | P. O. Box 4365 |
| 7 | Woodland Hills, California 91365-4365 |
|   | (818) 227-0100 |
| 8 | PR# C.094-3539 |
| 9 | Attorneys for Defendant |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | Bankruptcy Case No. |
|  | ) | 2:08-bk-07826-RJH |
| JASON RONALD ROGGENSEE | ) |  |
|  | ) | Chapter 11 |
| Debtor. | ) |  |
|  | ) | Adversary Case No. |
|  | ) | 10-00410-RJH |
| JASON RONALD ROGGENSEE, | ) |  |
|  | ) |  |
| Plaintiff. | ) | STIPULATION TO DISMISS |
|  | ) | ADVERSARY PROCEEDING |
| v. | ) |  |
|  | ) |  |
| COUNTRYWIDE HOME LOANS, INC., | ) |  |
| its assignees and/or successors in interest, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

1

Countrywide Home Loans, Inc., its assignees and/or successors in interest ("Secured Creditor" herein), by and through its attorneys of record, Gust Rosenfeld, P.L.C., and Debtor, Jason Ronald Roggensee, by and through his attorneys of record, Allan D. Newdelman, Allan D Newdelman, P.C., hereby stipulates and agrees as follows:

That the Adversary Proceeding filed by Debtor captioned, <u>Jason Ronald Roggensee v. Countrywide Home Loans, Inc.</u>, Adv. Case No.: 10-00410-RJH, shall be dismissed without prejudice as the Court has found that the Subject Property generally described as **4376 South Hemet Street, Gilbert, Arizona**, and legally described as:

> Lot 479, Power Ranch Neighborhood 6 Phase 2B, according to Book 631 of Maps, Page 2, records of Maricopa County, Arizona,

(Subject Property) is no longer part of the Debtor's bankruptcy estate pursuant to the Order Granting the Notice of Abandonment of the Subject Property signed and filed by the Court on October 21, 2008.

SO STIPULATED:

Dated: 5-19-2010

GUST ROSENFELD, P.L.C.

By _____
GERARD O'MEARA, ESQ.
Attorney for Defendant

Dated: 5/19/10

By _____
ALLAN D. NEWDELMAN, ESQ.
Attorney for Debtor/Plaintiff

2